No. —. Ex parte Jesse T. Sylence; and

No. —. Ex parte Dennis W. Rosier. March 27, 1944. Applications denied.

No. —. Ex parte James Goode;

No. —. Ex parte Richard O'Neill;

No. —. Ex parte Louis Berman;

No. —. Johnson v. Nierstheimer, Warden; and

No. —. United States ex rel. Hill v. Ragen, Warden. March 27, 1944. The motions for leave to file petitions for writs of habeas corpus denied.

No. 935, October Term, 1942. Kelley et al. v. Everglades Drainage District. March 27, 1944. The motion to correct or amend the mandate is denied without prejudice to any other appropriate remedy. 319 U. S. 415.